FILED
2005 Dec-20  AM 11:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SCOTT EDWARD ALLEN,** | ) |
| **Plaintiff** | ) |
| vs. | ) **Case No. CV 04-S-2992-NE** |
| **JASON WILBANKS,** | ) |
| **Defendant.** | ) |

## DISMISSAL ORDER

On November 16, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report and ACCEPTS the recommendations of the magistrate judge. Accordingly, this action is DISMISSED with prejudice pursuant to Rule 41(b), Fed.R.Civ.P., for want of prosecution.

DONE this 20th day of December, 2005.

_____
United States District Judge